```
            IN THE BANKRUPTCY COURT OF THE UNITED STATES
                 FOR THE WESTERN DISTRICT OF VIRGINIA
                      LYNCHBURG (DANVILLE) DIVISION


IN RE:                                 :   CHAPTER 13
                                       :
WILLIAM LEE FISHER                     :   CASE NO. 14-61076
                                       :
    Debtor.                            :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
MARTINSVILLE DUPONT CREDIT UNION       :
                                       :
    Movant,                            :
                                       :
v.                                     :
                                       :
WILLIAM LEE FISHER                     :
                                       :
and                                    :
                                       :
CHRISTOPHER T. MICALE, TRUSTEE         :
                                       :
    Respondents.                       :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
```

MOVANT'S CERTIFICATION REQUIRED WITH
RESPECT TO MOTION FOR RELIEF FROM STAY

　　　　*1. 307 Starling Avenue, Martinsville, VA 24112*
　　　　*2. 413 Church Street, Martinsville, VA 24112*


1.　　**Description of Property**:

　　　307 Starling Avenue, Martinsville, VA 24112

2.　　**Copies of Security Instruments**:

　　　**Attached to Movant's Motion**

3.　　**Statement of Amount Due**:

　　　a.　　**Unpaid Principal**:

　　　　　　**$34,394.46**

　　　b.　　**Accrued Interest from a specific date to a
　　　　　　specific date**:

1

        $393.41 for the time period of, approximately, April 30, 2014, through August 20, 2014

    c.    **Late charges from a specific date to a specific date**:

        $50.00 for the time period of, approximately, April 30, 2014, through August 20, 2014

    d.    **Attorney's fees**:

        Reasonable legal fees, which fees are being charged at the rate of $275.00 per hour plus costs

    e.    **Advances for Taxes, Insurance, and the Like**:

        Taxes, insurance and other charges may be due and are recoverable under the Note

    f.    **Unearned Interest**:

        --

    g.    **Any Other Charges**:

        As of August 20, 2014, exclusive of legal fees and any other charges accruing after that date, the arrearages due under the Note were approximately $2,164.02, the Debtor being due for the March 31, 2014, regular payment.

4.    **A Per Diem Interest Factor**:

    $3.2981 as of August 20, 2014

5.    **Detailed Report of Appraiser**:

    Debtor's Schedules list the value of the property as $137,300.00.  It is believed this is the tax assessed value of the property.

1.  **Description of Property**:

    413 Church Street, Martinsville, VA 24112

2.  **Copies of Security Instruments**:

    Attached to Movant's Motion

3.  **Statement of Amount Due**:

    a.  **Unpaid Principal**:

        $9,302.36

    b.  **Accrued Interest from a specific date to a specific date**:

        $114.18  for the time period of, approximately, April 30, 2014, through August 20, 2014

    c.  **Late charges from a specific date to a specific date**:

        $46.78 for the time period of, approximately, April 30, 2014, through August 20, 2014

    d.  **Attorney's fees**:

        Reasonable legal fees, which fees are being charged at the rate of $275.00 per hour plus costs

    e.  **Advances for Taxes, Insurance, and the Like**:

        Taxes, insurance and other charges may be due and are recoverable under the Note

    f.  **Unearned Interest**:

        --

    g.  **Any Other Charges**:

        As of August 20, 2014, exclusive of legal fees and any other charges accruing after that date, the arrearages due under the Note were approximately $1,163.10, the Debtor being due for the March 31, 2014, regular payment.

4.  **A Per Diem Interest Factor**:

    $1.0194 as of August 20, 2014

3

5. **Detailed Report of Appraiser**:

   Debtor's Schedules list the value of the property as $65,600.00. It is believed this is the tax assessed value of the property.

   I HEREBY CERTIFY, as a Member of the Bar of the Court, that I represent the above-named Movant and that the information contained herein is true according to the best of my knowledge and belief.


DATED: September 2, 2014         /S/ LUIS A. ABREU
                                 LUIS A. ABREU
                                 Virginia Bar ID No. 20996
                                 P.O. Box 1598
                                 626 North Ridge Street
                                 Danville, VA 24543
                                 Telephone:  434-791-4677
                                 FAX:        434-791-4676


## CERTIFICATE OF SERVICE

I, Luis A. Abreu, counsel for Martinsville DuPont Credit Union, hereby certify that a true and correct copy of this Movant's Certification Required With Respect to Motion For Relief From Stay was mailed by first-class mail, postage pre-paid to:

William Lee Fisher, *pro se*
5697 Oak Level Road
Bassett, VA 24055

and was sent by electronic transmission to:

Christopher T. Micale
Trustee
P.O. Box 1001
Roanoke, VA 24005; and to

U.S. Trustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011

this 2nd day of September, 2014.

                                    /S/ LUIS A. ABREU
                                    LUIS A. ABREU

5

**YOU ARE ADVISED THAT WE HAVE BEEN REQUESTED TO ENFORCE THE CREDITOR'S CLAIM AGAINST YOU.  ANY INFORMATION OBTAINED FROM YOU MAY BE USED FOR THE PURPOSES OF ENFORCING THE DEBT.**